**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER: 24-CR-10006-MOORE**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**FRANCISCO RODRIGO LOJANO BANEGAS,**

**Defendant.**
_____/

## **DEFENDANT'S MOTION FOR APPROVAL OF TRAVEL EXPENSES**

COMES NOW the defendant, FRANCISCO RODRIGO LOJANO BANEGAS, by and through undersigned counsel hereby files this Motion for Approval of Travel Expenses and states the following:

The undersigned counsel was appointed on April 24, 2024 by Magistrate Judge Lurana S. Snow to represent Mr. Lojano Banegas in this instant matter.

The undersigned attorney requires to travel outside the Miami-Dade County, where his office is located to Monroe County where the defendant is being held pending resolution of this matter.

The undersigned needs to travel to Key West, Florida from Sunday, November 17, 2024 until Monday, November 18, 2024 and will require a hotel stay in order to meet with his client in person to discuss the case and prepare his client for his sentencing hearing currently scheduled for Monday, November 18, 2024 before this Honorable Court.

The undersigned was advised by CJA that he should obtain prior authorization to have his hotel and expenses approved for payment.

WHEREFORE, the undersigned counsel respectfully requests that his Court approve the expenditure of CJA funds to pay for hotel expenses for one night, at the negotiated CJA rate.

Respectfully submitted,

*s/Rick Hermida*

_____
Rick Hermida, Esquire
Florida Bar Number:  716790
Attorney for Mr. Lojano Banegas
55 Merrick Way ● Suite 212
Coral Gables, Florida 33134
Phone:  305-461-1116
FAX:  305-461-6446
Email:  rick@rphermida.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading was filed with the Clerk of Court, United States District Court, through the CM/ECF system this 6th day of November 2024.

*s/Rick Hermida*_____
Rick Hermida, Esq.